## William G. Angelos, Plaintiff-Appellant, v. Eleanor Rae Dittman, Defendant-Appellee.

Gen. Nos. 10,693, 10,704. 

Burrell & Holtan, and Eckert, Eckert & Schmelzle, for appellant; David M. Burrell, of counsel; Ascher & Ellis, for appellee. Opinion by JUSTICE WOLFE. **Not to be published in full.** Opinion filed December 3, 1953; released for publication December 21, 1953.